Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
Charles P. Hyun (SBN 307817)
Email: chyun@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: (310) 734-5200
Facsimile: (310) 734-5299

Attorneys for Defendant,
NO JUMPER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DISTRICT

| | |
|---|---|
| SJB BUSINESS SOLUTIONS, INC., DOING BUSINESS AS LAKE & MCHENRY COUNTY SCANNER,<br><br>Plaintiff,<br><br>vs.<br><br>NO JUMPER, INC.,<br><br>Defendant. | Case No.: 2:23-cv-05235-CBM-MAAx<br><br>*[Assigned to Hon. Consuelo B. Marshall, in Courtroom 8D]*<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [58] [JS-6]** |

**ORDER**

Pursuant to the Parties' June 5, 2024, Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: JUNE 5, 2024



Hon. Consuelo B. Marshall
United States District Judge